[No. 12090–9–II.   Division Two.   June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EVANS JAMES BOYD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 127559R070, Paul M. Boyle, J. Pro Tem., entered June 9, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.